Fannie D. Harris, Appellant, *v.* New York Athletic Club, Respondent.

Supreme Court, Appellate Term, First Department, December 6, 1934.

*Albert Harris*, for the appellant.

*William A. Earl*, for the respondent.

Per Curiam. Section 1078 of the Civil Practice Act does not prohibit the plaintiff from pursuing her cause of action on a coupon attached to a bond securing a second mortgage while the action is pending to foreclose a first mortgage. (See *Reichert* v. *Stilwell*, 172 N. Y. 83.) It was, therefore, error to deny summary judgment.

Order reversed, with ten dollars costs, and motion granted.

All concur; present, Lydon, Hammer and Shientag, JJ.